IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**GARY DALE BOWDOIN,**<br><br>Defendant | NO. 5: 08-CR-7 (CAR)<br><br>**VIOLATION:** Firearms Related |

# O R D E R

The above-named defendant this day appeared with legal counsel before the undersigned for an **INITIAL APPEARANCE HEARING** pursuant to provisions of Rule 5 of the Federal Rules of Criminal Procedure. At said hearing, the court determined that the defendant is currently in the custody of the SHERIFF OF MONROE COUNTY, GEORGIA on state criminal charges for which no bond has been set. Thus, release from custody is not anticipated in the near future rendering release herein to be a moot issue.

Accordingly, the court will HOLD IN ABEYANCE any consideration of release of this defendant from federal custody in this case under the Bail Reform Act of 1984 until such time as he is released from custody by the SHERIFF OF MONROE COUNTY. Counsel for the government and for the defendant are directed to immediately advise the court of any such release; in that event, the defendant shall be brought before this court FORTHWITH for consideration of his release from custody in the above-captioned case under the Bail Reform Act of 1984. In the meantime, he is remanded to the custody of the U.S. Marshal for the Middle District of Georgia.

SO ORDERED, this 31st day of MARCH, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE